IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEPHEN P. KELLY,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN CORNISH; CITY OF HELENA POLICE DEPARTMENT; and CITY OF HELENA,<br><br>        Defendants. | No. 21-CV-30-H-SEH<br><br>**ORDER** |

On July 9, 2021, the Court ordered Plaintiff to file an amended complaint on or before July 16, 2021.[1] None was filed as ordered or at all.

ORDERED:

This case is DISMISSED for failure to comply with the Court's Order[2] of July 9, 2021.

DATED this 20th day of July, 2021.

                                                *Sam E. Haddon*
                                                SAM E. HADDON
                                                United States District Judge

---

[1] Doc. 8 at 2.

[2] Doc. 8.